

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00411-CV

**IN RE** Rogelio **DE HOYOS**, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., and RDH Site & Concrete Co.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: September 23, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On August 17, 2020, Relators filed a petition for writ of mandamus asking this court to order the trial court to set a supersedeas bond and to vacate its order denying Relators' request that the trial court set a supersedeas bond. After considering the petition, this court concludes that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 20-01217-CV, styled *Jose Luis Cruz, Individually and as the Independent Administrator of the Estate of Enedina Cruz v. Rogelio De Hoyos, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., RDH Site & Concrete Co., and All Others Occupying 202.12 Acres Tract of Land out of Lots 7, 8, 9 and 10 Block 18 and Lots 3 and 4, Block 19, Falfurrias Farm and Garden Tract, Falfurrias Texas*, pending in the County Court, Brooks County, Texas, the The Honorable Eric Ramos presiding.